# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1583. DEVANTE WADE v. BRUCE THOMPSON, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.**

In this direct appeal, Devante Wade seeks review of the superior court's order affirming the decision of the Board of Review of the Georgia Department of Labor denying his claim for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Wade failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction. See id.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  05/20/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.